IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CHRISTY HOWELL                                                                                  PLAINTIFF

V.                                                                         CAUSE NO.: 3:08CV64-SA-SAA

WALMART STORES                                                                              DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on an Agreed Order of Dismissal with Prejudice and the Court being advised that the Plaintiff and Defendant have reached an agreement in resolution of the claims asserted by Plaintiff against Defendant, the Court finds that this case should be dismissed with prejudice.

**IT IS THEREFORE ORDERED** that the Plaintiff's claims in this case are dismissed with prejudice, with each party to bear their own costs and attorney's fees.

So **ORDERED**, this the 30th day of October, 2008.

**/s/ Sharion Aycock**
**U.S. DISTRICT COURT JUDGE**